IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL et al. )<br>      Plaintiffs )<br> )<br>v. )<br> )<br>MODERN CONTROLS, INC. )<br> )<br>      Defendant. ) | Civil Action No. 04-1527 GMS |

## **ORDER**

WHEREAS, on December 17, 2004, the plaintiffs filed a Complaint against the above-captioned defendant;

WHEREAS, on December 22, 2004, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on January 11, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.


Dated: April 13, 2005        /s/ Gregory M. Sleet
                                           UNITED STATES DISTRICT JUDGE