IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL et al.<br><br>    Plaintiffs<br><br>v.<br><br>MODERN CONTROLS<br><br>    Defendant. | Civil Action No. 04-1527 GMS |

FILED
MAY 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

WHEREAS, on December 17, 2004, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on December 22, 2004, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on January 11, 2005;

WHEREAS, on April 13, 2005, the court entered an Order directing the defendant to answer or otherwise respond to the Complaint within five (5) days of the date of this Order; and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the defendant Modern Controls.

Dated: May 12, 2005

UNITED STATES DISTRICT JUDGE