IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PLUMBERS & PIPEFITTERS LOCAL )
et al. )
      Plaintiff )
)
v. ) Civil Action No. 04-1527 GMS
)
MODERN CONTROLS, INC. )
)
      Defendant )

### ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the defendant on December 22, 2004, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: May 12, 2005

*Marie McDavid* (signature)

By: Marie McDavid, Deputy Clerk



FILED
MAY 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE