IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 ANNUITY FUND, et al., : <br><br>       Plaintiffs, <br><br>   v. <br><br> MODERN CONTROLS, INC., <br><br>       Defendant. | :<br>:<br>: C.A. No. 04-1527 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DISMISSAL

PLEASE DISMISS the above-captioned case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

**FERRY, JOSEPH & PEARCE, P.A.**

/s/Rick S. Miller
RICK S. MILLER, ESQUIRE (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Attorney for Plaintiffs

OF COUNSEL:
SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0611

Dated: May 13, 2005